**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JOSEPHINE YVETE WILLIAMS;
EVA R. WILLIAMS-BROWN f/k/a EVA R.
WELTE; ROSEMARY COX; DARRELL
D. GRIFFIN; and those other that are
similarly situated,

      Plaintiffs,

vs.                                             CASE NO. 5:10cv43/RS-AK

ANCHORAGE CHILDREN'S HOME OF
BAY COUNTY. INC. and BIG BEND
COMMUNITY BASED CARE, INC.,

      Defendants.
_____/

## ORDER

Before me is Co-Defendant Big Bend Community Based Care, Inc.'s Motion To Stay Discovery And Class Certification (Doc. 32). Plaintiffs have not filed a response. N.D. Fla. Loc. R. 7.1(C)(1) provides "failure to file a responsive memorandum may be sufficient cause to grant the motion."

**IT IS ORDERED:**

1. Discovery directed to Defendant Big Bend Community Based Care, Inc. is stayed until further order.

2. The court will establish in the Scheduling and Mediation Order a deadline for Plaintiffs to file any motion for conditional collective action certification and a deadline for Defendants to file responses to any motion for

conditional collective action certification.

**ORDERED** on June 23, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**