**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JOSEPHINE YVETE WILLIAMS;
EVA R. WILLIAMS-BROWN f/k/a EVA R.
WELTE; ROSEMARY COX; DARRELL
D. GRIFFIN; and those other that are
similarly situated,

      Plaintiffs,

vs.                                        CASE NO. 5:10cv43/RS-GRJ

ANCHORAGE CHILDREN'S HOME OF
BAY COUNTY, INC. and BIG BEND
COMMUNITY BASED CARE, INC.,

      Defendants.
_____/

## <u>ORDER</u>

Before me is the Stipulation Of Dismissal With Prejudice Of Plaintiffs' Claims

Against Big Bend Community Based Care, Inc. (Doc. 105).

**IT IS ORDERED:**

1.    Plaintiffs' claims against Defendant Big Bend Community Based Care,

Inc. are dismissed with prejudice.

2.    Defendant Big Bend Community Based Care, Inc. is dropped as a party to

this case.

**ORDERED** on January 7, 2011.


                    /S/ Richard Smoak_____
                    **RICHARD SMOAK
                    UNITED STATES DISTRICT JUDGE**